BANGAR REALTY CORP., Respondent, v. ADOLPH EISENBERG, Appellant.— Action for a declaratory judgment by a landlord of commercial space against the tenant thereof to declare the rights of the parties by reason of alleged agreements as to the rent in view of the Commercial Rent Law (L. 1945, ch. 3, as amd.). Order denying defendant's motion to dismiss the complaint under rule 106 of the Rules of Civil Practice, affirmed, with $10 costs and disbursements. (*Simco Retail Stores of N. Y.* v. *Gross Constr. Co.*, 273 App. Div. 825, and cases therein cited; *Kay-Cee Properties,* v. *Lampert,* 277 App. Div. 952.) Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

THE CASSIA CORPORATION, Respondent, v. NORTH HILLS HOLDING CORP. et al., Defendants, and HENRIETTA D. HOPKE et al., Appellants.— In an action to foreclose a mortgage, appellants appeal from the judgment of foreclosure and sale which determines that their rights as contract vendees and their vendees' liens are subordinate to the lien of respondent's mortgage. Judgment reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. In our opinion the finding by the learned Justice at Special Term, as expressed in his opinion and implicit in the judgment, that plaintiff had no knowledge of appellants' rights or of circumstances from which such knowledge could be inferred, is contrary to the weight of the evidence. Although appellants' contracts were unrecorded, their vendees' liens were superior to the lien of plaintiff's mortgage, unless the mortgage was taken without notice, actual or constructive, of their rights. The evidence indicates that plaintiff had knowledge, when it took the mortgage, of facts sufficient to put it on inquiry as to the existence of rights in others in conflict with the interest which it was about to acquire. (Cf. *Williamson* v. *Brown,* 15 N. Y. 354.) Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

WILLEBY T. CORBETT et al., Appellants, v. UNION FREE SCHOOL DISTRICT No. 21, TOWN OF HEMPSTEAD, NASSAU COUNTY, et al., Respondents.— In an action for a judgment declaring invalid a proposition submitted to and carried at a special meeting of the qualified voters of Union Free School District No. 21 of the Town of Hempstead, Nassau County, adjudging the vote upon that proposition at that meeting be declared invalid, null and void, and restraining the board of education of that school district from acting thereon, judgment dismissing the complaint on the merits after trial, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [199 Misc. 930.]

NICHOLAS DAMASK, Respondent, v. SELFO SHEH et al., Appellants.— In an action by a business broker against the sellers for commissions earned in connection with a proposed sale of a bar and grill, with its fixtures and stock, judgment in favor of plaintiff and against defendants unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.